To The United States District Court
Western District of Oklahoma

FILED

APR 0 1 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Michael C. Washington
Patrick Conley
Dexter Manuel,

      Plaintiffs,

v.

Okla County Criminal Justice
Authority; Okla County
Detention Center.

      Defendants.

Case No,

## Petition For Emergency, Temorary and Permanent Injunction / Motion For Hearing

Comes now Plaintiffs Michael C. Washington, Chief Paralegal, Patrick Conley and Dexter Manuel, pro se, pursuant to Federal of Civil Procedure, Rule 65, 12 O.S. § 1381-82, moves Court Grant them a temporary Injunction until such time as this Court can grant them a permanent Injunction to redress the deprivation of their Federal Constitutional rights.

## Statement of the Case

Plaintiffs are currently incarcerated in the Oklahoma County Detention Center located at 201 N. Shartel, Oklahoma City, Oklahoma 73102. Plaintiffs' at all times herein mentioned are being exposed to cruel and unusual Punishment and a deprivation of their fundamental right to Due Process in violation of their 8th and 14th Amendment Rights to the United States Constitution

and as follows:

### ALLEGATIONS

Plantiffs are forced to coexist in an 8 by 12 cell that's designed for two individuals, cell space is reduced to 2.2 by 3

Plantiff Washington is forced to sleep on thin mattress on the floor where he is exposed to filth, grime, dirt, dust, knats and mold. Sleep is interrupted at all hours of night.

Plantiff Washington do to his being forced to sleep on the hard floor, is experiencing pain in both arms, both legs, back, neck, shoulders, feet and knees, to the point its unbearable.

Plantiffs Washington, Conley and Manuel are constantly and relentlessly being exposed to filth, unsanitary conditions, ie, corroded cell, dirty floor, dirty toilet and bowl do to no cleaning agents not being allowed in the cell, Plantiffs are denied access to a broom, mop and other cleaning agents.

Plantiffs are allowed out of the cell for recreation and shower three days a week, two hours each time on Monday, Wednesday and Friday. The remaining four days are spent inside the cell, with no access to recreation or showers.

The unsanitary, unsafe, filthy and inhuman conditions of the cell subject Plantiffs to emotional distress, mental anguish, cruel & unusual punishment, threaten their lives, safety & health all of which amounts to irreparable harm.

### Relief Sought

1. Plaintiffs seek an immediate Emergency Injunction enjoining these perpetrators from any further, flagrant and reckless practices as herein stated; and

2. Plaintiffs seek an immediate hearing regarding these matters;

3. Plaintiffs asks for immediate release from such unlawful confinement because such confinement infringes on their constitutionally protected liberty interest against cruel and inhumane treatment.

4. Plaintiffs seek a Declaratory Judgment that the policy, practices, conduct and behavior of all Defendants are unconstitutional and offensive to any notion constitutionality.

5. Plaintiffs seek any other relief the Court deems appropriate and just.

Respectfully submitted,

Michael Washington
Chief Paralegal
201 N. Shartel
Okc, Okla 73102


Patrick Conley

Dexter Manuel