Swor Affidavit

FILED

APR 0 1 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ Jac _____, DEPUTY

State of Oklahoma }
County of Oklahoma }

I, Michael C. Washington, of sound mind, of legal age, upon my oath Do depose and states:

That he is aware of all the allegations contained in the Petition for Emergency injunction and that the same is true to the best of my ability to remember.

Further Affiant says not.                    _Michael_

I make this statement under penalty of perjury

Dated this 10th day of March    _Michael_
2026.

# AFFIDAVIT

My name is Patrick Conely, Pro se and Plaintiff in the above entitled numbered cause, I am over the age of 18 and competent enough to draft out this affidavit.

I am confined at OCDC on the 13th floor for medical reasons — defective bladder, catheter, glucoma, etc.

I am unable to climb on the top bunk because of my age and shoulder and neck injury. Thus, I'm sleeping on the floor.

I am confined to a 8 by 12 cell — designed for two(2) people. However, there is two more inmates confined to this cell with me — one 65 years of age who previously had open heart surgery and one 68 years of age who has chronic hyper-tension or high blood presure.

We are not given cleaning supplies — broom, mop, rags, and unfortunately the cell is infested with knets and bed bugs.

There is no room for movement, privacy or excercise in this cell.

We are only allowed out of our cell for three(3) times a week for only two(2) hours.

I swear under the penalty of Perjury that the facts herein are true and correct

Pro se
Patrick Conely