FILING FEE PAID?       IFP Received?          IFP Amount:  $5.00
YES ☐                  YES ☒
NO  ☒                  NO  ☐                  Magistrate Judge:  Chris M Stephens

# CIV- 26-695-R

Washington et al v. Oklahoma County Criminal Justice Authority et al

## Michael C Washington is a plaintiff in 4 cases

| | | | |
|---|---|---|---|
| 5:18-cv-01116-D | Washington v. Oklahoma City City of et al | filed 11/14/18 | closed 11/19/19 |
| 5:20-cv-00266-D | Washington v. Oklahoma City City of et al | filed 03/23/20 | closed 09/20/23 |
| 5:91-cv-01084-W | Washington v. Hall, et al | filed 07/16/91 | closed 05/14/92 |
| 5:94-cv-01740-W | Washington v. Loving, et al | filed 10/21/94 | closed 04/16/96 |