## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MICHAEL C. WASHINGTON; PATRICK     )
CONELY; and DEXTER MANUEL,     )
    )
    Plaintiffs,     )
    )
v.     )     Case No. CIV-26-695-D
    )
OKLAHOMA COUNTY CRIMINAL     )
JUSTICE AUTHORITY, et al.,     )
    )
    Defendants.     )

### ORDER

Plaintiffs initiated this action by filing a *pro se* Petition for Emergency, Temporary and Permanent Injunction/Motion for Hearing [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 6].

On April 10, 2026, Judge Stephens issued an order explaining to Plaintiffs that they had not filed a complaint, which is required in order to initiate a civil action. In that Order [Doc. No. 7], Judge Stephens ordered Plaintiffs to file a complaint on or before May 1, 2026. Only Plaintiff Conely sought leave to proceed in forma pauperis, but his application was deficient. In the same Order, Judge Stephens ordered Plaintiff Conely to amend his application by May 1, 2026, and further ordered Plaintiffs Washington and Manuel to either pay the filing fee or move to proceed in forma pauperis by the same deadline. The Court warned Plaintiffs that "failure to comply with this Order may result in dismissal of this action." [Doc. No. 7, at 7].

1

Plaintiffs failed to meet the May 1, 2026 deadline to file a complaint, pay the civil filing fee, or move for leave to proceed in forma pauperis. Since filing their initial motion [Doc. No. 1] and Plaintiff Conely's deficient IFP motion [Doc. No. 3], Plaintiffs have taken no further action in this case.

On May 8, 2026, Judge Stephens issued a Report and Recommendation [Doc. No. 12], recommending that the Court dismiss this action without prejudice for Plaintiffs' failure to comply with the Court's Order and failure to prosecute this action.[1] In his report, Judge Stephens notified Plaintiffs of their right to file objections to the report on or before May 29, 2026, and that the failure to object waives Plaintiffs' right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of Judge Stephens, the Court **ADOPTS** the Report and Recommendation [Doc. No. 12] in its entirety.

For the reasons stated therein, Plaintiffs' action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 1st day of June, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Judge Stephens noted that his Order [Doc. No. 7] and appropriate forms were returned to the Court as undeliverable, even though the documents were sent to Plaintiffs' last known address. *See* LCvR5.4 (stating that documents mailed by the Court are "deemed delivered if sent to the last known address given to the court").

2